RECEIVED
AUG - 9 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALI AHMED (A200875824), Petitioner | CIVIL ACTION NO. 1:16-CV-682; SECTION "P" |
| VERSUS | JUDGE TRIMBLE |
| WARDEN, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the § 2241 petition is hereby **DENIED** and **DISMISSED**.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 9th day of August, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE